### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **RONALD TUSKAN** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CIVIL NO.: 1:13cv356-HSO-RHW** |
| | § | |
| **JACKSON COUNTY,** | § | |
| **MISSISSIPPI,** *et al.* | § | **DEFENDANTS** |

### FINAL JUDGMENT

This matter came on to be heard upon the Motion [89] for Summary Judgment filed by Defendant Jackson County, Mississippi.  The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authority, finds that in accord with its Memorandum Opinion and Order entered this date, and with its prior Orders [53], [67], [96], [98],

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 24th day of June, 2016.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE